■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MERRIFIELD, Appellant. [698 NYS2d 181] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that the plea colloquy is insufficient because County Court failed to advise him of his privilege against compulsory self-incrimination or his constitutional right to confront his accusers (*see, People v Harris,* 61 NY2d 9, 16-19). The record establishes that defendant's guilty plea was knowingly, intelligently and voluntarily entered (*see, People v Harris, supra,* at 19-21). (Appeal from Judgment of Jefferson County Court, Clary, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Hurlbutt and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS L. MERRITT, Appellant. [698 NYS2d 181] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Hurlbutt and Callahan, JJ.